```
AZA DWAYNE SHELLS              NAVY FCU
6247 MOSSLAND DRIVE            ATTN:  BANKRUPTCY
JACKSON, MS 39211              PO BOX 3000
                               MERRIFIELD, VA 22119



THOMAS C. ROLLINS, JR.         NAVY FEDERAL CU
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 P.O. BOX 3000
JACKSON, MS 39236              MERRIFIELD, VA 22119



CAPITAL ONE AUTO               NELNET
CREDIT BUREAU DISPUTE          PO BOX 82561
PLANO, TX 75025                LINCOLN, NE 68501



CASHNET USA                    PORTFOLIO RECOVERY
175 W JACKSON                  ATTN: BANKRUPTCY
STE 1000                       120 CORPORATE BLVD
CHICAGO, IL 60604              NORFOLK, VA 23502



FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107



FIRST SAVINGS BANK
ATTN: BANKRUPTCY
PO BOX 5096
SIOUX FALLS, SD 57117



LASHONDA HUDSON
124 YORK DR
JACKSON, MS 39209



LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603



MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205
```