Certificate Number: 17082-MSS-DE-040080282

Bankruptcy Case Number: 25-02029



17082-MSS-DE-040080282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2025, at 1:40 o'clock PM MST, AZA SHELLS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   September 11, 2025                 By:     /s/Orsolya K Lazar

                                            Name:   Orsolya K Lazar

                                            Title:  Executive Director