PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
10/03/2025

IN RE:     CASE NUMBER: 25-02029-JAW
SHELLS, AZA DWAYNE

APPEARANCES:
( ) DEBTOR 1                                        ( ) DEBTOR 2 (Wife in Joint Cases)
  (X) Required picture I.D. produced                  ( ) Required picture I.D. produced
  (X) Required SSN verification produced              ( ) Required SSN verification produced
  ( ) ~~Pay advices received~~ *DISABILITY BENEFITS ONLY (U.S. MILITARY BENEFITS)*    ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns ~~received for~~ *NOT REQUIRED* ~~(years) on~~ *09/11/2025* (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
   ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; OR
( ) NOT HELD; OR
(X) NOT CONCLUDED AND IS CONTINUED TO THE *4th* DAY OF *November*, 20___ AT *9:30* O'CLOCK *A*.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

( ) CREDITOR(S) *None*

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: *M. Shells did not appear.*

DATED: 10/03/2025

_____
STEPHEN SMITH, TRUSTEE

Track # *020*   or Tape # _____ , Side _____ Counter Start# _____