PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
11/07/2025

IN RE:                                                                          CASE NUMBER: 25-02029-JAW
    SHELLS, AZA DWAYNE

APPEARANCES:
(X) DEBTOR 1                                                         ( ) DEBTOR 2 (Wife in Joint Cases)
    (X) Required picture I.D. produced                   ( ) Required picture I.D. produced
    (X) Required SSN verification produced               ( ) Required SSN verification produced
    (—) ~~Pay advices received~~ DISABILITY BENEFITS ONLY ( ) Pay advices received
    (FROM U.S. MILITARY)

Credit counseling certificate (X) filed ( ) not filed.
Tax returns ~~received for~~ NOT REQUIRED TO FILE ____ (years) on TAX RETURNS. _____ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF _____, 20__ AT
    _____ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: MR. SHELLS DID NOT APPEAR FOR THE INITIAL MEETING SCHEDULED FOR OCT. 3, 2025.
_____
_____
_____

DATED: 11/07/2025

                                                                   STEPHEN SMITH, TRUSTEE

Track # 019 _____ or Tape # _____. Side _____ Counter Start# _____